UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF MICHIGAN, ex rel SUSAN DAY, M.D., | Case No. 1:17-cv-714 |
| Plaintiff-Relator, | HON. PAUL L. MALONEY |
| v | |
| SPECTRUM HEALTH MEDICAL GROUP, | |
| Defendant | |

H. Rhett Pinsky
Sarah Riley Howard
PINSKY SMITH FAYETTE & KENNEDY
Suite 805
146 Monroe Center, N.W.
Grand Rapids, Michigan 49503
(616) 451-8496
showard@psfklaw.com
*Attorneys for Plaintiff-Relator*

Andrea J. Bernard
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
(616) 752-2199
abernard@wnj.com
*Attorneys for Defendant*

## MOTION TO REASSIGN CASE NO. 1:18-cv-58

Defendant Spectrum Health Medical Group ("SHMG") hereby moves this court for an Order, pursuant to W.D. Mich. LCivR. 3.3.1(d) and LCivR 3.3.1(g), reassigning Case No. 1:18-cv-58, *Susan Day, M.D. v. Spectrum Health Medical Group*, to U.S. District Court Judge Paul L. Maloney because it involves the same parties and arises out of the same events and occurrences as this matter, an earlier-filed case. The cases are therefore "related" under W.D. Mich. LCivR. 3.3.1(d)(iii)(A), and should be assigned to the same judge "having the related case earliest filed." LCivR. 3.3.1(d)(iii)(B).

Procedurally, and pursuant to LCivR. 3.3.1(d)(iii)(B), SHMG requests that this motion be referred to Magistrate Judge Phillip J. Green for a determination that the two cases are "related," and/or referred to Chief Judge Robert J. Jonker for entry of an order reassigning Case No. 1:18-cv-58 to Judge Maloney.  This motion is based on the accompanying Brief in Support and attached exhibits.


Dated:  February 15, 2018			s/*Andrea J. Bernard*_____
						Andrea J. Bernard
						WARNER NORCROSS & JUDD LLP
						900 Fifth Third Center
						111 Lyon Street, N.W.
						Grand Rapids, Michigan 49503
						(616) 752-2199
						abernard@wnj.com
						*Attorneys for Defendant*

140929.178111 #16808525-1