UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, and
STATE OF MICHIGAN, ex rel SUSAN DAY,
M.D.,                                                        Case No. 1:17-cv-714

        Plaintiff-Relator,                              HON. PAUL L. MALONEY

v

SPECTRUM HEALTH MEDICAL GROUP,

        Defendant

_____

| | |
|---|---|
| H. Rhett Pinsky | Andrea J. Bernard |
| Sarah Riley Howard | WARNER NORCROSS & JUDD LLP |
| PINSKY SMITH FAYETTE & KENNEDY | 900 Fifth Third Center |
| Suite 805 | 111 Lyon Street, N.W. |
| 146 Monroe Center, N.W. | Grand Rapids, Michigan 49503 |
| Grand Rapids, Michigan 49503 | (616) 752-2199 |
| (616) 451-8496 | abernard@wnj.com |
| showard@psfklaw.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff-Relator* | |

**CERTIFICATE REGARDING CONCURRENCE**

Pursuant to W.D. Mich. LCivR. 7.1(d), the undersigned counsel for defendant Spectrum

Health Medical Group conferred with Plaintiff's counsel regarding the Defendant's Motion to

Reassign Case No. 1:18-cv-58 via telephone conference, conducted February 15, 2018, to

explain the nature and basis of this motion.  Plaintiff's counsel indicated that Plaintiff would not

concur in the relief sought.

Dated: February 15, 2018                    *s/ Andrea J. Bernard*
                                                                Andrea J. Bernard
                                                                *Attorneys for Defendant*

140929.178111 #16808905-1