**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICAN and STATE OF MICHIGAN, ex rel SUSAN DAY, M.D., | Case No. 17-cv-00714 |
| Plaintiff-Relator, | HON. PAUL L. MALONEY |
| v. | |
| SPECTRUM HEALTH MEDICAL GROUP, | |
| Defendant. | |

| | |
|---|---|
| Sarah Riley Howard (P58531) | Andrea J. Bernard (P49209) |
| PINSKY, SMITH, FAYETTE & KENNEDY | WARNER NORCROSS + JUDD LLP |
| Suite 805 | 900 Fifth Third Center |
| 146 Monroe Center, NW | 111 Lyon Street, NW |
| Grand Rapids, Michigan  49503 | Grand Rapids, Michigan 49503 |
| 616.451.8496 | 616.752.2199 |
| showard@psfklaw.com | abernard@wnj.com |
| *Attorneys for Plaintiff-Relator* | *Attorneys for Defendant SHMG* |

---

## DEFENDANT SPECTRUM HEALTH MEDICAL GROUP'S MOTION TO DISMISS

---

Defendant Spectrum Health Medical Group ("**SHMG**") hereby moves this court for an order dismissing Plaintiff's claims against SHMG.  The record indisputably demonstrates that Plaintiff Dr. Susan Day settled her retaliation claim with SHMG, in an agreement reached before her complaint in this matter was unsealed.  Accordingly, Plaintiff's claim should be dismissed under Federal Rule of Civil Procedure 12(c).  This motion is based on the accompanying Brief in Support.

Pursuant to Local Rule 7.1, SHMG's counsel contacted Plaintiff's counsel regarding the nature of SHMG's motion and requested concurrence in the relief sought.  Plaintiff declined to concur.

Dated:  October 26, 2018          s/*Andrea J. Bernard*_____
Andrea J. Bernard
WARNER NORCROSS + JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
(616) 752-2199
abernard@wnj.com
*Attorneys for Defendant*

140929.178111 #17696244-1